United States District Court
Eastern District of North Carolina
Case No. 5:21-CV-120-FL

| Shirley Lane, | ) |
| --- | --- |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        v. | ) |
| | ) |
| Unum Life Insurance Company | ) |
| of America, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

Stipulation of Dismissal with Prejudice

The parties stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action is dismissed with prejudice on such terms as the parties have agreed, with the parties bearing their respective costs including attorney fees.

September 1, 2021                                                                              /s/ Andrew Whiteman
Date                                                                                                              Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
5400 Glenwood Ave., Suite 225
Raleigh, North Carolina 27612
919-571-8300 (Telephone)
919-571-1004 (Facsimile)
aow@whiteman-law.com

*Attorney for plaintiff*

September 1, 2021                                                          /s/ Gemma L. Saluta
Date                                                                Gemma L. Saluta
N.C. State Bar No. 37032
Ryan H. Niland

N.C. State Bar number 49430
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600 (telephone)
(336) 721-3660 (facsimile)
gemma.saluta@wbd-us.com
ryan.nyland@wbd-us.com

*Counsel for Defendant Unum Life
Insurance Company of America*

Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Middle District of North Carolina, with notice of case activity to be generated and sent electronically to the following parties registered to receive such service:

Gemma L. Saluta
Ryan H. Niland
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600 (telephone)
(336) 721-3660 (facsimile)
gemma.saluta@wbd-us.com
ryan.nyland@wbd-us.com

*Counsel for Defendant Unum Life Insurance Company of America*

| | |
|---|---|
| September 1, 2021 | /s/ Andrew Whiteman |
| Date | Andrew Whiteman |
| | N.C. State Bar number 9523 |
| | Whiteman Law Firm |
| | 5400 Glenwood Avenue, Suite 225 |
| | Raleigh, North Carolina 27612 |
| | (919) 571-8300 (Telephone) |
| | (919) 571-1004 (Facsimile) |
| | aow@whiteman-law.com |